UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Tanisha Ross,

    Plaintiff,

v.                                               Case No. 15-12353

Commissioner of Social Security,        Honorable Sean F. Cox
                                                     Magistrate Judge Elizabeth A. Stafford

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING REPORT & RECOMMENDATION

This is a social security appeal. On June 30, 2015 Plaintiff Tanisha Ross filed her Complaint against the Commissioner of Social Security, appealing an Administrative Law Judge's denial of her application for disability insurance benefits and supplemental income benefits. (Doc. #1).

The parties filed cross-motions for summary judgment. (Pl. Mo., Doc. #11; Def.'s Mo., Doc. #13). The motions were ultimately referred to Magistrate Judge Elizabeth A. Stafford for issuance of a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). (Doc. #2).

On August 10, 2016, Magistrate Judge Stafford issued a Report and Recommendation ("R&R") wherein she recommended that this Court GRANT Plaintiff's Motion for Summary Judgment, DENY Defendant's Motion for Summary Judgment, and REMAND the case for further proceedings consistent with the R&R. (R&R, Doc. #15).

Pursuant to Civil Rule 72, a party objecting to the recommended disposition of a matter by a Magistrate Judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R. Fed. R. Civ. P. 72(b)(2). "The district judge must determine *de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3).

Neither party has filed objections to the R&R and the time for doing so has passed. Furthermore, the Court agrees with the Magistrate Judge's recommendation. Therefore, the Court hereby **ADOPTS** the August 10, 2016 R&R. **IT IS THEREFORE ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. #11) is **GRANTED**, Defendant's Motion for Summary Judgment (Doc. #13) is **DENIED**, and the Commissioner's decision is **REMANDED** for further proceedings consistent with the August 10, 2016 R&R.

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: September 1, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 1, 2016, by electronic and/or ordinary mail.

S/Shawna C. Burns
Case Manager Generalist